IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. COX, | No. CIV S-04-0065 MCE DAD DP |
| Petitioner, | |
| v. | <u>NOTICE OF STATUS CONFERENCE</u> |
| JILL L. BROWN, Warden of California State Prison at San Quentin,[1] | **DEATH PENALTY CASE** |
| Respondent. | |

The undersigned will hold a case management and status conference on Monday, October 24, 2005, at 10:00 a.m. in courtroom No. 27. The parties shall file status conference statements seven days prior to the conference and be prepared to discuss the scheduling of the case as well as any other matters deemed necessary. In this regard, counsel shall be prepared to discuss whether it is anticipated that respondent will file an answer to the petition filed

---

[1] Jill L. Brown is substituted for her predecessors pursuant to Fed. R. Civ. P. 25(d)(1).

-1-

1 June 28, 2005, and if so, when that answer will be filed.  In
2 addition, counsel shall be prepared to address petitioner's remaining
3 objections, if any, to respondent's lodging of the state court
4 record.  At the status conference counsel also shall bring any other
5 matters to the attention of the court that will aid in resolution of
6 this case.
7      IT IS SO ORDERED.
8 DATED: September 30, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12 DAD:lg
ddad1\orders.capital\cox.setstatus