1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**MICHAEL ANTHONY COX,**                              CIV S-04-0065 MCE DAD DP

12
                                        Petitioner,
13                                                      **DEATH PENALTY CASE**

14          **v.**

**STEVEN ORNOSKI, Warden,**
15                                                      **ORDER**
                                        Respondent.
16

17           GOOD CAUSE APPEARING,

18           IT IS ORDERED that Respondent's request for a 90-day extension of time within

19   which to file a response to Petitioner's objections to the lodging of the record is hereby granted.

20   The response shall be filed on or before April 30, 2006.  The length of this extension of time,

21   however, may be reconsidered sua sponte by the court should changed circumstances warrant the

22   advancing of the date for filing such objections.

23   DATED: January 23, 2006.

24

25   _____

26   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE
27

28   Ddad1/orders.capital/cox0065.ord

1