IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. COX, | No. CIV S-04-0065 MCE DAD DP |
| Petitioner, | |
| v. | ORDER |
| EDDIE YLST, Warden of California State Prison at San Quentin,[1] | **DEATH PENALTY CASE** |
| Respondent. | |

Good cause appearing, and there being no objection by petitioner, respondent's second request for extension of time to file a supplemental record and response to petitioner's objections thereto is granted. The required filing is due on or before May 30, 2006.

DATED: May 2, 2006.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.capital\cox.eot2

---

[1] Eddie Ylst is substituted for his predecessors pursuant to Fed. R. Civ. P. 25(d)(1).