IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COX, | NO. CIV.S-04-0065 MCE DAD DP |
| Petitioner, | ORDER |
| v. | |
| VINCENT CULLEN, Acting Warden of the California State Prison at San Quentin[1], | **DEATH PENALTY CASE** |
| Respondent. | |

On August 27, 2010, this action came before the undersigned for status conference pursuant to the court's July 28, 2010, order granting petitioner's motion to lift the stay of this action in light of the California Supreme Court's ruling on petitioner's exhaustion petition. Assistant Federal Defenders Timothy J. Foley, appeared for

---

[1] In his status report respondent identifies Vincent Cullen as the new Acting Warden of the California State Prison at San Quentin. Accordingly, the court now substitutes in Acting Warden Cullen as the correct respondent in this habeas action and directs the Clerk of the Court to make the necessary change in the court's records.

1

petitioner. Deputy Attorney General R. Todd Marshall, appeared for respondent.

For the reasons addressed on the record at the hearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The parties shall meet and confer and offer a proposed stipulation and order for the court's consideration with respect to the correction of the record previously lodged by respondent in this action;

2. Respondent shall file his response to the pending petition by March 10, 2011; and

3. Petitioner shall file his traverse by April 14, 2011.

DATED: August 27, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1/orders.capital
cox.0065.oah82710

2