IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. COX, | ) | NO. CIV S-04-0065 |
| | ) | |
| Petitioner, | ) | **DEATH PENALTY CASE** |
| v. | ) | |
| | ) | **ORDER TO CORRECT** |
| WARDEN, of the California State Prison at | ) | **SUPPLEMENTAL LODGEMENT OF** |
| San Quentin | ) | **STATE COURT RECORD** |
| Respondent. | ) | |
| _____ | ) | |

In compliance with this Court's August 27, 2010, order directing the parties to meet and confer and offer a proposed stipulation and order with respect to the correction of the record previously lodged by respondent in this action, the parties having stipulated and agreed to make the following corrections to the lodgement of the state court record, it is hereby ORDERED that:

A. The following portions of the original lodged record shall be stricken and returned to respondent; petitioner will replace such pleadings with clean copies:

1. Respondent's brief (AG) December 11, 1987;

2. Informal response (AG) April 26, 1988;

3. Supplemental petition for writ of habeas corpus (OSPD) April 6, 1990;

4. Notice and motion to disqualify counsel for the state (OSPD) May 5, 1992;

5. Petitioner's proposed findings of fact (OSPD) August 31, 1995; and

6. Respondent's suggested modifications to Referee's intended decision with appropriate commentary upon Petitioner's corrections (Darlene) (AG) September 8, 1988.

B. The following portions of the original lodged record shall be stricken and returned to respondent by petitioner:[1]

| | |
|---|---|
| **Trial CTs** | Volume II |
| **Trial RTs** | Volume VI |
| | Volume VIII |
| | Volume XII |
| | Volume XV |

| | |
|---|---|
| **Reference Hearing RTs** | Volume 3 |
| | Volume 8 |
| | Volume 11 |
| | Volume 12 |
| | Volume 13 |
| | Volume 14 |
| | Volume 17 |
| | Volume 22 |
| | Volume 24 |
| | Volume 30 |

C. The following reference hearing exhibits in the lodged record shall be stricken and returned to respondent; petitioner shall replace such exhibits with clean copies:

---

[1] "Clean" copies of these items were previously submitted in the supplemental lodgement, thus these are duplicate volumes containing marginalia, editorial commentary and other defacements.

| **Reference Hearing Exhibits:** | | |
|---|---|---|
| | Pet. | 116-A |
| | | 117-B |
| | | 118-B |
| | | 119-B |
| | | 120-C |
| | | 121 |
| | | 124-A |
| | | 124-B |
| | | 149-A |
| | | 150-A |
| | | 151-A |
| | | 161 |
| | | 162 |
| | | 163 |
| | Resp. | T2 |

D.   The following reference hearing exhibits in the lodged record shall be stricken, withdrawn by petitioner, and returned to respondent:[2]

| **Reference Hearing Exhibits** : | | |
|---|---|---|
| | Ct. | 1 |
| | Pet. | 101 |
| | | 105 |

---

[2]   These exhibits were not admitted into evidence during the reference hearing.

Stipulation and Order re: Lodging of Record           3           *Cox v. Cullen*, CIV S-04-0065

| **Reference Hearing Exhibits**: | | |
|---|---|---|
| | | 106 |
| | | 107 |
| | | 111 |
| | | 112 |
| | | 114 |
| | | 125 |
| | | 139 |
| | | 142 |
| | | 144 |
| | | 145 |
| | | 146 |
| | Resp. | C |
| | | R |
| | | S |
| | | U |
| | | V |
| | | W |
| | | X |
| | | Y |
| | | VV |
| | | YY |
| | | AAA |
| | | DDD |
| | | EEE |

E.  Petitioner shall withdraw the following identified exhibits in the lodged record and replace them with properly redacted copies of the portions that were admitted at the reference hearing, and return the original exhibits to respondent:

Reference Hearing Exhibits :

    Pet.    141  (pages 6-7 admitted)

    Resp.    B  (page 1, line 19 et seq. admitted)

F.  Petitioner shall lodge copies of the contents of the audiotapes that were admitted into evidence at the reference hearing, in the form of audio compact discs:

    People's Exhibit QQQ

    Defense Exhibit 116

    Defense Exhibit 117

    Defense Exhibit 118

    Defense Exhibit 119

    Defense Exhibit 120

    Defense Exhibit 124-1

    Defense Exhibit 124-2

    Defense Exhibit 140A

    Defense Exhibit 147

    Defense Exhibit 149

    Defense Exhibit 150

    Defense Exhibit 151

G.  Petitioner shall lodge:

Petitioner's Reply to informal response filed May 31, 1990; and

Respondent's suggested modifications to Referee's intended decision with appropriate commentary upon Petitioner's corrections (Mobert).

1  H.    Petitioner shall have 60 days after the entry of the Court's order to effectuate the
2        correction of the lodgement of the state court record as set forth above.

4  DATED: October 6, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1:capital
Cox0065.stipord-CorrectSuppLodgement.wpd