IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. COX,<br><br>   Petitioner,<br>v.<br><br>MICHAEL MARTEL, Warden of the California State Prison at San Quentin,<br><br>   Respondent. | Case No. 2:04-cv-00065 MCE DAD P<br><br>**DEATH PENALTY CASE**<br><br>**ORDER FOR DUE DATE TO FILE TRAVERSE** |

For good cause shown,

Petitioner shall have until June 13, 2011, to file a Traverse or otherwise respond to Respondent's Answer or Response to the petition.

DATED: April 14, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LISSA J. GARDNER, NM Bar #9429
Assistant Federal Defender

801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

Attorney for Petitioner
MICHAEL A. COX