IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY COX,

      Petitioner,               No. CIV S-04-0065 MCE DAD

    vs.                        DEATH PENALTY CASE

WARDEN, San Quentin
State Prison,

      Respondent.          ORDER

_____/

Respondent's responsive pleading is due on May 9, 2011.  (Dkt. No. 88.)  That responsive pleading shall include points and authorities on the impact of Cullen v. Pinholster, No. 09-1088, 2011 WL 1225705 (U.S. Apr. 4, 2011) on these proceedings.

Petitioner's April 11, 2011 Motion for an Extension of Time to File the Traverse is granted.  (Dkt. No. 89.)  Petitioner's traverse shall be filed by June 13, 2011.  The traverse shall include responsive points and authorities addressing Pinholster.

IT IS SO ORDERED.

DATED: April 15, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

cox pin.or

1