IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY COX,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>Warden of the California State Prison at San Quentin,<br><br>　　　　　　　　　　　Respondent. | Case No. 2:04-cv-00065 MCE DAD (HC)(DP)<br><br>**ORDER**<br><br>**CAPITAL CASE** |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including July 8, 2011.

Dated: June 6, 2011

_____
The Honorable Dale A. Drozd

1