IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. COX,

    Petitioner,                      No. CIV S-04-0065 MCE CKD

    vs.                                 DEATH PENALTY CASE

WARDEN, San Quentin
  State Prison,

    Respondent.                   <u>ORDER</u>

_____/

        On October 31, 2011, petitioner filed his traverse and a motion for discovery. (Dkt. Nos. 102, 103.). In addition to hearing argument on petitioner's discovery motion, on December 14, 2011 at 10:00 a.m.,[1] the court will conduct a scheduling conference. In his opposition to petitioner's discovery motion, respondent shall include a proposed schedule for addressing upcoming issues, including the procedural defenses raised in the answer, the requirements of 28 U.S.C. § 2254(d), discovery, any motion for an evidentiary hearing, and the merits of petitioner's claims. In his reply brief, petitioner shall include a response to respondent's proposals and, to the extent he disagrees, make new proposals. The parties

---

[1] While petitioner noticed his motion for 9:00 a.m. on December 14, 2011, the court's civil calendar begins at 10:00 a.m.

1

1  scheduling proposals shall specifically reference the effect of Cullen v. Pinholster, 131 S. Ct.

2  1388 (2011) on all aspects of this proceeding.

3         IT IS SO ORDERED.

4  Dated: November 9, 2011

5

                                       /s/ Carolyn K. Delaney

6                                    CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10  cox sch.or

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26