IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. COX,

    Petitioner,                    No. CIV S-04-0065 MCE CKD

    vs.                               DEATH PENALTY CASE

WARDEN, San Quentin
  State Prison,

    Respondent.                ORDER

_____/

On October 31, 2011, petitioner filed his traverse and a motion for discovery. (Dkt. Nos. 102, 103.). In addition to hearing argument on petitioner's discovery motion, on December 14, 2011 at 10:00 a.m.,[1] the court will conduct a scheduling conference. In his opposition to petitioner's discovery motion, respondent shall include a proposed schedule for addressing upcoming issues, including the procedural defenses raised in the answer, the requirements of 28 U.S.C. § 2254(d), discovery, any motion for an evidentiary hearing, and the merits of petitioner's claims. In his reply brief, petitioner shall include a response to respondent's proposals and, to the extent he disagrees, make new proposals. The parties

---

[1] While petitioner noticed his motion for 9:00 a.m. on December 14, 2011, the court's civil calendar begins at 10:00 a.m.

1

1  scheduling proposals shall specifically reference the effect of <u>Cullen v. Pinholster</u>, 131 S. Ct.
2  1388 (2011) on all aspects of this proceeding.
3          IT IS SO ORDERED.
4  Dated: November 9, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10  cox sch.or