UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. COX,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No.  2:04-CV-0065 MCE CKD<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

On November 21, 2013, the District Judge adopted this court's April 25, 2012 Findings and Recommendations regarding exhaustion. On December 18, 2013 at 10:00 a.m. in courtroom 24, the undersigned will hold a status and scheduling conference.  The parties need not file status conference statements.  Because the petition contains both exhausted and unexhausted claims, petitioner's counsel shall be prepared to discuss how petitioner wishes to proceed.  Both parties' counsel shall be prepared to discuss scheduling.

Dated:  December 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

cox sts.or