IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. COX, | Case No. 2:04-cv-00065 MCE CKD |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| KEVIN CHAPPELL, Warden of California State Prison at San Quentin, | ORDER CONTINUING STATUS CONFERENCE |
| Respondent. | |

The unopposed motion of Petitioner Michael A. Cox to continue the status conference now set for February 19, 2014, is granted. The Court will conduct the status and scheduling conference on February 26, 2014, at 11:00 a.m. If counsel wish to appear telephonically, they shall contact Courtroom Deputy Kyle Owen at (916) 930-4004 by the close of business on February 24 for instructions.

The parties need not file status conference statements. Because the petition contains both exhausted and unexhausted claims, petitioner's counsel shall be prepared to discuss how petitioner wishes to proceed. Both parties' counsel shall be prepared to discuss scheduling.

Dated: February 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE