1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL A. COX,                         No.  2:04-CV-0065 MCE CKD

12              Petitioner,                   DEATH PENALTY CASE

13        v.

14   WARDEN, San Quentin State Prison,        ORDER

15              Respondent.

16

17        On February 27, 2014, the court ordered the parties to meet and confer regarding a

18   schedule for completing points and authorities on the application of 28 U.S.C. § 2254(d) to each

19   claim in the petition.  (ECF No. 127.)  On March 18, respondent filed a "Joint 2254(d) Briefing

20   Schedule Statement.[1]"  (ECF No. 128.)  Respondent informs the court that the Federal Defender's

21   Office "decided that a new hire should take over Petitioner's representation, and that person

22   might begin work over the summer of 2014."  According to the joint statement, the Federal

23   Defender's Office informed respondent that it would not be able to complete an opening brief on

24   the section 2254(d) issues until mid-2016.

25   ////

26

27   _____

     [1]  This joint statement is signed only by counsel for respondent.  The court accepts as true the
     representations attributed to petitioner's counsel made therein.  The court has received no
28   separate filing from petitioner's counsel.

                                                1

1    The court understands that the Assistant Federal Defender assigned to represent petitioner

2    is currently unavailable.  The court has not, however, been informed that petitioner's case would

3    be re-assigned.  Further, there is no showing of good cause to allow petitioner two years to submit

4    an opening brief.

5    Within twenty days of the filed date of this order, petitioner's currently assigned counsel

6    or the head of the Federal Defender's Capital Habeas Unit shall file under seal a letter explaining

7    the status of petitioner's representation.  Filing under seal is accomplished by e-mailing the letter

8    to the court's Approved/Sealed e-mail address, ApprovedSealed@caed.uscourts.gov.   After

9    receipt of that letter, the court expects to schedule a status conference for discussion of filing

10   dates for the section 2254(d) briefing.

11   IT IS SO ORDERED.

12   Dated:  March 26, 2014

13   _____
     CAROLYN K. DELANEY
14   UNITED STATES MAGISTRATE JUDGE

15   Cox 2254d brf.or1

16

17

18

19

20

21

22

23

24

25

26

27

28

2