UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. COX,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No. 2:04-CV-0065 MCE CKD<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Petitioner has withdrawn the claims identified as unexhausted in the April 25, 2012 Findings and Recommendations. (See Feb. 27, 2014 Order (ECF No. 127).) As ordered, respondent submitted an interlineated copy of the petition. (ECF No. 129-1.) Petitioner objects to many of the proposed deletions. (ECF No. 131.) Within ten days of the filed date of this order, respondent shall file a brief response to petitioner's objections.

Dated: April 8, 2014

_[signature: Carolyn K. Delaney]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

cox exh pet resp.or