UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. COX, | No. 2:04-CV-0065 MCE CKD |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

As requested by the court, petitioner's counsel has submitted a letter explaining the status of petitioner's representation. (ECF No. 134.) Ms. Gardner will continue to represent petitioner, but also continues to be unavailable. Therefore, the court will defer a decision on a briefing schedule for section 2254(d) issues. By May 30, 2014, petitioner's counsel shall file a statement updating the court on the status of petitioner's representation.

Dated: April 22, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

cox csl sts.or

1