UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. COX, | No. 2:04-CV-0065 MCE CKD |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

On July 9, 2014 at 10:00 a.m. in courtroom #24, the undersigned will hold a status and scheduling conference. Counsel need not file status conference statements but shall be prepared to discuss a briefing schedule for addressing the application of 28 U.S.C. § 2254(d) to the claims in the petition.

Dated: June 27, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

cox 2254d brf.sts

1