UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. COX,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No.  2:04-CV-0065 MCE CKD<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

On July 9, 2014, the undersigned held a scheduling conference. Lissa Gardner appeared for petitioner. Todd Marshall appeared for respondent. The court heard argument from counsel about scheduling briefing to address the application of 28 U.S.C. § 2254(d) to the claims in the petition. The parties are advised that the memoranda of points and authorities must be complete and independent documents. The court will not consider matters from prior briefing or pleadings that are incorporated by reference. In addition, respondent's responsive memorandum and petitioner's reply shall follow the organization of issues and claims set out in the opening brief.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. By February 12, 2016, petitioner shall file a memorandum of points and authorities addressing the application of 28 U.S.C. § 2254(d) to each claim in the petition.

////

////

1

2. Within three months of the filing date of petitioner's opening memorandum, respondent shall file a responsive memorandum. Within three months of the filing date of respondent's response, petitioner shall file any reply.

Dated: July 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Cox 2254d brfing.or