IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ANTHONY COX,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**WARDEN, SAN QUENTIN STATE PRISON,**<br><br>　　　　　　　　　　　　Respondent. | Case No. 2:04-cv-00065 MCE-CKD<br><br>**ORDER** |

Upon the parties' stipulation, and good cause appearing, the hearing for petitioner's motion to perpetuate testimony (ECF No. 143) is continued from April 22, 2015 to May 27, 2015 at 10:00 a.m.

Dated:  April 6, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE