UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. COX, | No. 2:04-CV-0065 MCE CKD |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| WARDEN, San Quentin State Prison, | <u>ORDER</u> |
| Respondent. | |

On April 15, 2015, petitioner filed a notice of request to seal and submitted the request and a document to the court for sealing. (ECF No. 147.) Petitioner states that respondent has been served with copies of those documents. Within five days of the filed date of this order, respondent shall submit a response to the request to seal by e-mailing it to ckdorders@caed.uscourts.gov.

Dated: April 22, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Cox req to seal resp.or

1