IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ANTHONY COX,** <br><br> Petitioner, <br><br> v. <br><br> **WARDEN, SAN QUENTIN STATE PRISON,** <br><br> Respondent. | Case No. 2:04-cv-00065 MCE-CKD (DP) <br><br><br> **ORDER** |

Respondent seeks a ten-day extension of time to file his status reports.  Good cause appearing, IT IS HEREBY ORDERED that respondent's September 4, 2015 motion (ECF No. 166) is GRANTED.  The time for filing respondent's status report described in the court's September 1, 2015 order is extended through and including September 21, 2015.

Dated:  September 9, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Cox r. sts eot.or