1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL A. COX,                          No.  2:04-CV-0065 MCE CKD

12            Petitioner,                      DEATH PENALTY CASE

13        v.

14   WARDEN, San Quentin State Prison,         ORDER

15            Respondent.

16

17        The court permitted petitioner to perpetuate the testimony of Dr. Albert Globus, five

18   social history witnesses, and Juror Kurtzman.  (ECF Nos. 157, 163.)  Respondent seeks discovery

19   prior to determining the method for taking the testimony of each of the lay witnesses and prior to

20   deposing Dr. Globus.  (ECF No. 165.)   In addition, respondent informs the court that he is

21   willing to stipulate to issuance of a protective order like the one approved in Lenart v. Warden,

22   2:05-cv-1912 MCE CKD (ECF Nos. 139, 141).  (Id.)

23        Accordingly, the court sets the following schedule for any discovery related to the taking

24   of the testimony of the seven witnesses identified above.

25        1.   Within thirty days of the filed date of this order, respondent shall file any motion for

26             discovery related to the taking of the testimony of Dr. Albert Globus, Marjorie Comer,

27             Joanne Wells, Shirley Garrett, Timothy Jayne, Sr., Fairman Jayne, and David

28             Kurtzman.  Respondent should not notice the motion for hearing.  If the parties seek a

                                              1

1  hearing, they shall notify the court within ten days after the date scheduled for filing

2  the reply.

3  2.  Within thirty days of the filed date of respondent's motion, petitioner shall file an

4  opposition.  Respondent may file a reply within fourteen days thereafter.

5  3.  If respondent does not move for discovery as set forth in paragraph 1, petitioner may

6  proceed to schedule the testimony depositions.

7  4.  Within twenty days of the filed date of this order, petitioner shall file a proposed

8  protective order.  If the proposed protective order varies from the protective order

9  issued in Lenart, petitioner shall meet and confer with respondent before filing it to

10  obtain respondent's position on the changes and shall notify the court regarding

11  respondent's position.

12  IT IS SO ORDERED.

13  Dated:  September 22, 2015

14  _____
   CAROLYN K. DELANEY
15  UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28  Cox testi depo disc.or

2