UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. COX, | No. 2:04-CV-0065 MCE CKD |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

On July 10, 2014, the Court entered an order setting a February 12, 2016, deadline for petitioner to file his memorandum of points and authorities addressing the application of 28 U.S.C. § 2254(d) to each claim in his petition. (ECF No. 141.)

After considering petitioner's motion and respondent's opposition, the court finds good cause for a four-month extension of the deadline. Accordingly, petitioner's motion (ECF No. 174) is granted. Petitioner shall file his section 2254(d) brief by June 12, 2016.

IT IS SO ORDERED.

Dated: November 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

cox 2254d brf.eot