HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LISSA J. GARDNER, NM Bar #9429
Assistant Federal Defender
Lissa_Gardner@Fd.org
LINDSAY N. BENNETT, GA Bar #141641
Assistant Federal Defender
Lindsay_Bennett@Fd.org
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-6666
Fax: (916) 498-6656

Attorneys for Petitioner,
MICHAEL A. COX

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. COX, | Case No.  2:04-cv-00065 MCE CKD |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **ORDER** |
| WARDEN of the California State Prison at San Quentin, | |
| Respondent. | |

On November 22, 2016 the Court entered an Order setting a January 6, 2017, deadline for Petitioner to file his memorandum of points and authorities addressing the application of 28 U.S.C. § 2254(d) to each claim in his petition. (Doc. 189.)

FOR GOOD CAUSE SHOWN, the Court now orders as follows:

Petitioner is granted permission to file his § 2254(d) brief, including all claims, *either* 45

days from Ms. Gardner's return *or* 45 days from March 1, 2017, whichever comes first.

IT IS SO ORDERED.

Dated: January 3, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE